Jason M. Ayres
Tara J. Schleicher
**FOSTER GARVEY**
121 SW Morrison St., 11th Floor
Portland, OR 97204
Telephone: (503) 228-3939
Facsimile: (503) 226-0259
jason.ayres@foster.com
tara.schleicher@foster.com

Keith Ketterling (*pro hac vice pending*)
Lydia Anderson-Dana (*pro hac vice pending*)
Madeleine Holmes (*pro hac vice pending*)
Erin E. Roycroft (*pro hac vice pending*)
Anuj Shah (*pro hac vice pending*)
**STOLL STOLL BERNE LOKTING & SHLACHTER, P.C.**
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
kketterling@stollberne.com
landersondana@stollberne.com
mholmes@stollberne.com
eroycroft@stollberne.com
ashah@stollberne.com

*Counsel for Defendant Columbia Bank*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust, <br><br>Plaintiffs, <br><br>v. <br><br>Columbia Bank f/k/a Umpqua Bank, <br><br>Defendant. | Case No. 2:25-cv-01870-JLR <br><br>**STIPULATED MOTION TO EXTEND DEADLINES** <br><br>Note on Motion Calendar: November 18, 2025 |

Plaintiffs Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust and Defendant Columbia Bank jointly stipulate and request the Court extend 1) Defendant's deadline to move to dismiss or otherwise respond to the Complaint in the above-captioned action, and related response and reply deadlines; and 2) the deadlines set in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (ECF 13).

The Parties jointly stipulate and request that the Court extend the following deadlines:

| Case Activity | Existing Schedule | Proposed Schedule |
|---|---|---|
| Defendant's deadline to answer, move, or otherwise respond | December 1, 2025 | December 30, 2025 |
| Plaintiffs' response deadline to any such motion | December 22, 2025 | February 13, 2026 |
| Plaintiffs' response deadline to any such motion | December 29, 2025 | March 6, 2026 |
| Deadline for FRCP 26(f) Conference | November 26, 2025 | 10 days after Court's ruling on Defendant's Motion to Dismiss |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | December 10, 2025 | 20 days after Court's ruling on Defendant's Motion to Dismiss |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) | December 17, 2025 | 30 days after Court's ruling on Defendant's Motion to Dismiss |

The Parties make this request for good cause and not to delay these proceedings. Plaintiffs' Complaint is lengthy, and the case is complex. Defendant plans to move to dismiss the Complaint, and the parties seek these extensions to fully prepare briefing on the Motion.  And, rather than require the Parties to make initial disclosures and set a discovery schedule before they know whether and what claims will proceed, judicial economy supports delaying the other pretrial deadlines until the Court has ruled on the questions pending before it. The Parties further agree that this stipulation and extension does not constitute a waiver of any claim, right or defense.

*I certify that this memorandum contains 294 words, in compliance with the Local Civil Rules.*

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 18, 2025

By: *s/ Jason M. Ayres*
Jason M. Ayres
Tara J. Schleicher
**FOSTER GARVEY**

By: s/ *Jason Edward Wax*
Alan J. Kornfeld
Cia Mackle
Jeffrey Wayne Dulberg

| | |
|---|---|
| 121 SW Morrison St., 11th Floor<br>Portland, OR 97204<br>Telephone: (503) 228-3939<br>Facsimile: (503) 226-0259<br>jason.ayres@foster.com<br>tara.schleicher@foster.com<br><br>Keith Ketterling (*pro hac vice pending*)<br>Lydia Anderson-Dana (*pro hac vice pending*)<br>Madeleine Holmes (*pro hac vice pending*)<br>Erin E. Roycroft (*pro hac vice pending*)<br>Anuj Shah (*pro hac vice pending*)<br>**STOLL STOLL BERNE LOKTING**<br>**& SHLACHTER, P.C.**<br>209 SW Oak Street, Suite 500<br>Portland, OR 97204<br>Telephone: (503) 227-1600<br>Facsimile: (503) 227-6840<br>kketterling@stollberne.com<br>landersondana@stollberne.com<br>mholmes@stollberne.com<br>eroycroft@stollberne.com<br>ashah@stollberne.com<br><br>*Attorneys for Defendant* | **PACHULSKI STANG ZIEHL & JONES LLP**<br>10100 Santa Monica Blvd, 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Fax: (310) 201-0760<br>akornfeld@pszjlaw.com<br>cmackle@pszjlaw.com<br>jdulberg@pszjlaw.com<br><br>James W. Walker<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>700 Louisiana St., Suite 4550<br>Houston, TX 77002<br>Telephone: (713) 691-9385<br>jwalker@pszjlaw.com<br><br>Jason Edward Wax<br>**BUSH KORNFELD LLP**<br>601 Union St., Suite 5000<br>Seattle, WA 98101<br>Telephone: (206) 292-2110<br><br>*Attorneys for Plaintiffs* |