Jason M. Ayres
Tara J. Schleicher
**FOSTER GARVEY**
121 SW Morrison St., 11th Floor
Portland, OR 97204
Telephone: (503) 228-3939
Facsimile: (503) 226-0259
jason.ayres@foster.com
tara.schleicher@foster.com

Keith Ketterling (*pro hac vice pending*)
Lydia Anderson-Dana (*pro hac vice pending*)
Madeleine Holmes (*pro hac vice pending*)
Erin E. Roycroft (*pro hac vice pending*)
Anuj Shah (*pro hac vice pending*)
**STOLL STOLL BERNE LOKTING & SHLACHTER, P.C.**
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
kketterling@stollberne.com
landersondana@stollberne.com
mholmes@stollberne.com
eroycroft@stollberne.com
ashah@stollberne.com

*Counsel for Defendant Columbia Bank*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust,<br><br>Plaintiffs,<br><br>v.<br><br>Columbia Bank f/k/a Umpqua Bank,<br><br>Defendant. | Case No. 2:25-cv-01870-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES |

This matter came before the Court on the Parties' Stipulated Motion to Extend Deadlines. The Court concludes that there is good cause for the extension and therefore GRANTS the motion. The Court sets the following deadlines:

| Case Activity | Deadline |
|---|---|
| Defendant's deadline to answer, move, or otherwise respond | December 30, 2025 |
| Plaintiffs' response deadline to any such motion | February 13, 2026 |
| Defendant's' reply deadline to any such motion | March 6, 2026 |
| Deadline for FRCP 26(f) Conference | 10 days after Court's ruling on Defendant's Motion to Dismiss |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 20 days after Court's ruling on Defendant's Motion to Dismiss |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) | 30 days after Court's ruling on Defendant's Motion to Dismiss |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 18th day of November, 2025.

James L. Robart
United States District Judge

Presented by:

By: s/ *Jason M. Ayres*
Jason M. Ayres
Tara J. Schleicher
**FOSTER GARVEY**
121 SW Morrison St., 11th Floor
Portland, OR 97204
Telephone: (503) 228-3939
Facsimile: (503) 226-0259
Jason.ayres@foster.com
Tara.schleicher@foster.com

Keith Ketterling (*pro hac vice pending*)
Lydia Anderson-Dana (*pro hac vice pending*)
Madeleine Holmes (*pro hac vice pending*)

By: s/ *Jason Edward Wax*
Alan J. Kornfeld
Cia Mackle
Jeffrey Wayne Dulberg
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Fax: (310) 201-0760
akornfeld@pszjlaw.com
cmackle@pszjlaw.com
jdulberg@pszjlaw.com

James W. Walker

| | |
|---|---|
| Erin E. Roycroft (*pro hac vice pending*)<br>Anuj Shah (*pro hac vice pending*)<br>**STOLL STOLL BERNE LOKTING**<br>**& SHLACHTER, P.C.**<br>209 SW Oak Street, Suite 500<br>Portland, OR 97204<br>Telephone: (503) 227-1600<br>Facsimile: (503) 227-6840<br>kketterling@stollberne.com<br>landersondana@stollberne.com<br>mholmes@stollberne.com<br>eroycroft@stollberne.com<br>ashah@stollberne.com<br><br>*Attorneys for Defendant* | **PACHULSKI STANG ZIEHL & JONES LLP**<br>700 Louisiana St., Suite 4550<br>Houston, TX 77002<br>Telephone: (713) 691-9385<br>jwalker@pszjlaw.com<br><br>Jason Edward Wax<br>**BUSH KORNFELD LLP**<br>601 Union St., Suite 5000<br>Seattle, WA 98101<br>Telephone: (206) 292-2110<br><br>*Attorneys for Plaintiffs* |

3

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES
Case No. 2:25-cv-01870-JLR