Hon. James L. Robart

Jason M. Ayres, WSBA #39141
Tara J. Schleicher, WSBA #26884
**FOSTER GARVEY PC**
1111 Third Avenue, Suite 3000
Seattle, WA  98101
Telephone: (503) 228-3939
Jason.Ayres@foster.com
Tara.Schleicher@foster.com

Keith Ketterling (*pro hac vice*)
Lydia Anderson-Dana (*pro hac vice*)
Madeleine Holmes (*pro hac vice*)
Erin E. Roycroft (*pro hac vice*)
Anuj Shah (*pro hac vice*)
**STOLL STOLL BERNE LOKTING &
SHLACHTER, P.C.**
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
kketterling@stollberne.com
landersondana@stollberne.com
mholmes@stollberne.com
eroycroft@stollberne.com
ashah@stollberne.com

*Counsel for Defendant Columbia Bank*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Lance Miller and Seth Freeman as
Co-Trustees of the iCap Trust,

Plaintiffs,

v.

Columbia Bank f/k/a Umpqua Bank,

Defendant.

Case No. 2:25-cv-01870-JLR

DEFENDANT'S UNOPPOSED
MOTION FOR EXTENSION OF TIME

NOTE ON MOTION
CALENDAR: June 18, 2026

Defendant Columbia Bank ("Columbia") moves for a nine-day extension of time from June 23, 2026, until July 2, 2026, to file its Answer to the Complaint filed by the Trustees of the iCap Trust

DEFENDANT'S
UNOPPOSED MOTION FOR
EXTENSION

1

2:25-cv-01870-JLR

("Trustees").  Counsel for Columbia Bank conferred with counsel for the Trustees, and they do not oppose this motion.

On December 30, 2025, Columbia moved to dismiss the Trustees' complaint (ECF 23).  On February 13, 2026, the Trustees responded in opposition to Columbia's motion (ECF 26).  On March 6, 2026, Columbia filed its reply in support of the motion to dismiss (ECF 27).  On June 9, 2026, this Court denied Columbia's motion to dismiss (ECF 29).

On June 17, 2026, pursuant to Fed. R. Civ. P. 26(f) and LCR 26, the Parties met and conferred to discuss the possibility of settlement, the discovery plan, the handling of privileged information, and the expected timeline for litigation, among other matters.  During the Rule 26 conference, counsel for Columbia requested an extension for the filing of its Answer to the Trustees' complaint until July 2, 2026, owing to counsel's prior vacation schedules and other obligations.  Counsel for the Trustees represented that their clients do not oppose Columbia's request.

Columbia therefore now moves this Court for an order extending Columbia's deadline to file its Answer to the Trustees' Complaint until July 2, 2026. This request is made in good faith, not for the purposes of delay, and does not prejudice any party in this matter.

Dated: June 18, 2026

Respectfully Submitted,

FOSTER GARVEY PC

By: *s/ Jason M. Ayres*
Jason M. Ayres, WSBA #39141
Email: Jason.Ayres@foster.com
Tara J. Schleicher, WSBA #26884
Email: Tara.Schleicher@foster.com

1111 Third Avenue, Suite 3000
Seattle, WA  98101
Telephone: (503) 228-3939

Attorneys for Columbia Bank
f/k/a Umpqua Bank

DEFENDANT'S
UNOPPOSED MOTION FOR
EXTENSION

2

2:25-cv-01870-JLR

-and-

STOLL STOLL BERNE LOKTING &
SHLACHTER, P.C.

By: s/ Anuj Shah
Keith Ketterling (*pro hac vice*)
kketterling@stollberne.com
Lydia Anderson-Dana (*pro hac vice*)
landersondana@stollberne.com
Madeleine Holmes (*pro hac vice*)
mholmes@stollberne.com
Erin E. Roycroft (*pro hac vice*)
eroycroft@stollberne.com
Anuj Shah (*pro hac vice*)
ashah@stollberne.com

209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

Attorneys for Defendant Columbia Bank

DEFENDANT'S
UNOPPOSED MOTION FOR
EXTENSION

3

2:25-cv-01870-JLR