Hon. James L. Robart

Jason M. Ayres, WSBA #39141
Tara J. Schleicher, WSBA #26884
**FOSTER GARVEY PC**
1111 Third Avenue, Suite 3000
Seattle, WA  98101
Telephone: (503) 228-3939
Jason.Ayres@foster.com
Tara.Schleicher@foster.com

Keith Ketterling (*pro hac vice*)
Lydia Anderson-Dana (*pro hac vice*)
Madeleine Holmes (*pro hac vice*)
Erin E. Roycroft (*pro hac vice*)
Anuj Shah (*pro hac vice*)
**STOLL STOLL BERNE LOKTING &
SHLACHTER, P.C.**
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
kketterling@stollberne.com
landersondana@stollberne.com
mholmes@stollberne.com
eroycroft@stollberne.com
ashah@stollberne.com

*Counsel for Defendant Columbia Bank*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Lance Miller and Seth Freeman as
Co-Trustees of the iCap Trust,

        Plaintiffs,

        v.

Columbia Bank f/k/a Umpqua Bank,

        Defendant.

Case No. 2:25-cv-01870-JLR

[PROPOSED] ORDER GRANTING
DEFENDANT'S UNOPPOSED
MOTION FOR EXTENSION OF TIME

[PROPOSED] ORDER
GRANTING DEF'S MOTION
FOR EXTENSION OF TIME

    1            2:25-cv-01870-JLR

This matter came before the Court on Defendant's Motion to Extend Deadline to Answer. The Court concludes that there is good cause for the extension and therefore GRANTS the motion. Defendant's response shall now be due on July 2, 2026.

It is therefore ORDERED that the Motion is GRANTED.

Signed this 18th day of June, 2026.

James L. Robart
United States District Judge

[PROPOSED] ORDER                    2                    2:25-cv-01870-JLR
GRANTING DEF'S MOTION
FOR EXTENSION OF TIME